TONEY CASTILLO, LAURA CASTILLO, HIS WIFE, AND CARL
HILDAHL, *Appellants*, v. TAMPA SOUTHERN
RAILROAD COMPANY, *Appellee*.

Decision Filed March 14, 1921.

An Appeal from Orders of the Circuit Court within and for the County of Hillsborough; F. M. Robles, Judge.

*H. S. Hampton*, for Appellants;

*W. A. Carter*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the orders aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said orders; it is, therefore, considered, ordered and adjudged by the Court that the said orders of the Circuit Court be, and they are hereby, affirmed.

All concur.